ANNA Y. PARK, SBN 164242
RUMDUOL VUONG, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
2300 Tulare Street, Suite 215
Fresno, California  93721
Telephone: (559)487-5135
Facsimile: (559)487-5053
E-mail: lado.legal@eeoc.gov

Attorneys for Plaintiff EEOC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Petitioner,<br><br>  v.<br><br>AYALA AG SERVICES,<br><br>    Respondent. | Case No. 1:13-mc-00032-SKO<br><br>**ORDER TO SHOW CAUSE WHY THE EEOC'S SUBPOENAS SHOULD NOT BE ENFORCED**<br><br>**Hearing Date:** September 25, 2013<br>**Time:** 9:30 a.m.<br>**Courtroom:** 7 |

  Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") has filed an Application for an Order to Show Cause as to why its Subpoenas *duces tucum* (Subpoenas No. LA-13-014 and No. LA-13-015) served on Respondent Ayala AG Services ("Respondent") should not be enforced.  In its Application and supporting documents, the EEOC states that it served in January 2013 the Subpoenas on Respondent pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9 in the investigation of Charges of Discrimination filed by Ana Duran and Petra Rendon alleging sexual harassment and retaliation. The EEOC further states that Respondent has not responded to the subpoena.

  Due to the service of the Subpoenas and Respondent's failure to comply with the Subpoenas, IT IS HEREBY ORDERED that:

1. That Respondent appear on **September 25, 2013, at 9:30 a.m. in Courtroom 7**, Robert E. Coyle United States Courthouse located at 2500 Tulare Street, Fresno, CA before the Honorable U.S. Magistrate Judge Sheila K. Oberto, and show cause why Respondent should not be compelled to comply with the Subpoenas No. LA-13-014 and No. LA-13-015 issued by the EEOC;

2. That Petitioner serve Respondent with a copy of this Order to Show Cause with the Application, Memorandum of Points and Authorities, and the supporting documents on which this Order is based **on or before August 26, 2013, and file a certificate of service with the Court**; and

3. That Respondent must file and serve its answer or response to the EEOC's Application for an Order to Show Cause **on or before September 11, 2013**.

IT IS SO ORDERED.

Dated: **July 10, 2013**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE