# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Petitioner, <br><br> v. <br><br> AYALA AG SERVICES, <br><br> Respondent. | Case No. 1:13-mc-0032 SKO <br><br> **REQUEST FOR VOLUNTARY DISMISSAL OF PETITIONER EEOC'S APPLICATION FOR ORDER TO SHOW CAUSE WHY SUBPOENAS SHOULD NOT BE ENFORCED; ORDER** |

TO THE HONORABLE MAGISTRATE JUDGE AND DEFENDANT:

Petitioner United States Equal Employment Opportunity Commission (the "EEOC") seeks dismissal of this action, filed against Respondent Ayala AG Services ("Respondent") for enforcement of the EEOC's Administrative Subpoena Nos. LA-13-014 and No. LA-13-015, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-9.

On September 25, 2013, the Court held a hearing on this matter. The Court issued an order (Docket No. 6) enforcing the EEOC's subpoenas on October 15, 2013. The EEOC served a copy of this order on Respondent Ayala. (Docket No. 7).

/ / /

/ / /

/ / /

/ / /

/ / /

EEOC'S Request for Dismissal

1  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff EEOC now
2  seeks dismissal of this subpoena enforcement without prejudice.

4  Dated:  October 2, 2014               U.S. EQUAL EMPLOYMENT
                                         OPPORTUNITY COMMISSION

7                                 By:    */s/ Rumduol Vuong*
                                         RUMDUOL VUONG
8                                        Attorneys for Plaintiff EEOC

# **ORDER**

Pursuant to the notice of dismissal filed by Petitioner under Federal Rule of Civil Procedure 41(a)(2), this case is hereby dismissed without prejudice. The Clerk of Court shall administratively close this case.

IT IS SO ORDERED.

   Dated: __**October 2, 2014**__            __**/s/ Sheila K. Oberto**__
                                                            UNITED STATES MAGISTRATE JUDGE

EEOC'S Request for Dismissal